# EXHIBIT B



**Service of Process Transmittal**
08/10/2020
CT Log Number 538064035

| | |
|---|---|
| **TO:** | Stephanie Christian, Legal Assistant<br>Encompass Health<br>9001 LIBERTY PKWY<br>VESTAVIA, AL 35242-7509 |
| **RE:** | **Process Served in Georgia** |
| **FOR:** | Encompass Health Walton Rehabilitation Hospital, LLC  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | LAUREN DANIEL, Pltf. vs. ENCOMPASS HEALTH WALTON REHABILITATION HOSPITAL, LLC, etc. and JANE AND JOHN DOES, etc., Dfts. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 2020RCSC00810 |
| **NATURE OF ACTION:** | Employee Litigation - Wrongful Termination |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Lawrenceville, GA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 08/10/2020 at 10:53 |
| **JURISDICTION SERVED :** | Georgia |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/10/2020, Expected Purge Date: 08/15/2020<br><br>Image SOP<br><br>Email Notification,  Stephanie Christian  stephanie.christian@encompasshealth.com<br><br>Email Notification,  Mike Henderson  mike.henderson@encompasshealth.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201 |
| **For Questions:** | 866-665-5799<br>SouthTeam2@wolterskluwer.com |

Page 1 of  1 / RD

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Sheriff Number: 20020666   Court Case Number: 2020RCSC00180   State of Georgia
Date Received: 8/7/2020 Time: 9:32 AM                          RICHMOND County
Special Service Inst:

**ATTORNEY'S ADDRESS**

HUNTER RHODES LLC
266 GREENE STREET
AUGUSTA, GA 30901-1617

LAUREN DANIEL
PLAINTIFF
VS.
ENCOMPASS HEALTH WALTON REHABILITY HOSPITAL, LLC
DEFENDANT

**NAME AND ADDRESS OF PARTY TO BE SERVED**

ENCOMPASS HEALTH WALTON REHAB HOSPITAL
289 SOUTH CULVER STREET
LAWRENCEVILLE, GA 30046

**SHERIFF'S ENTRY OF SERVICE**

**PERSONAL** [ ]   Sex____ Skin Color____ Hair Color____ Age____ Hgt____ Wgt____
I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** [ ]
I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place in this County.

Delivered same into the hands of _____ described as follows:

| SEX | SKIN COLOR | HAIR COLOR | AGE | HGT | WGT |
|---|---|---|---|---|---|
| | | | | | |

**CORPORATION** [X]
I have this day served the _____ a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK AND MAIL** [ ]
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** [ ]
Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

**SPECIAL PROCESS**

**COMMENTS**

Subscribed and sworn be to before this                   Date: _____
____ day of _____, ____                             Time: _____

_____                             _____
Notary public in and for said County and State                      Deputy Sheriff
SHERIFF DOCKET_____ PAGE_____

GWINNETT COUNTY GEORGIA

# STATE COURT OF RICHMOND COUNTY
# STATE OF GEORGIA

**EFILED IN OFFICE**
CLERK OF STATE COURT
RICHMOND COUNTY, GEORGIA
**2020RCSC00810**
PATRICIA W. BOOKER
JUL 31, 2020 09:20 AM

Hattie Holmes Sullivan, Clerk
Richmond County, Georgia

CIVIL ACTION NUMBER 2020RCSC00810

Daniel, Lauren

**PLAINTIFF**

VS.

Encompass Health Walton Rehab Hospital LLC, DBA Walton Rehab
Doe, Jane
Doe, John

**DEFENDANTS**

## SUMMONS

TO: ENCOMPASS HEALTH WALTON REHAB HOSPITAL LLC

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> Rhodes Joseph
> HUNTER RHODES, LLC
> 266 Greene St
> Augusta, Georgia 30901

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This 31st day of July, 2020.

Clerk of State Court

Hattie Holmes Sullivan, Clerk
Richmond County, Georgia

Page 1 of 1