IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

LAUREN DANIEL,                        *
                                      *
       Plaintiff,                     *
                                      *
       v.                             *          CV 120-130
                                      *
ENCOMPASS HEALTH WALTON               *
REHABILITATION HOSPITAL, LLC,         *
a Delaware Corporation, and           *
JANE and JOHN DOES,                   *
Individually, Employees of            *
Defendant,                            *
                                      *
       Defendants.                    *
                                      *

_____

O R D E R
_____

     Before the Court is the Parties' joint stipulation of
dismissal with prejudice.  (Doc. 17.)  All Parties signed the
stipulation; thus, the Court finds dismissal proper under Federal
Rule of Civil Procedure 41(a)(1)(A)(ii).

     **IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH
PREJUDICE**.  The Clerk is directed to **TERMINATE** all motions and
deadlines and **CLOSE** this case.  Each party shall bear its own costs
and fees except as otherwise agreed by the Parties.

     **ORDER ENTERED** at Augusta, Georgia, this 31ST day of March,
2021.

                                   _____
                                   J. RANDAL HALL, CHIEF JUDGE
                                   UNITED STATES DISTRICT COURT
                                   SOUTHERN DISTRICT OF GEORGIA